IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WILLIAM GRIGGS AND SANDRA GRIGGS, § § § <br> Plaintiffs, § § <br> v. § § <br> AMGUARD INSURANCE COMPANY, § § <br> Defendant. § | CIVIL ACTION NO. 4:23-CV-03184 |

**NOTICE OF FIRM NAME CHANGE AND
NOTICE OF WITHDRAWAL AND SUBSTITUTION
OF COUNSEL OF RECORD FOR DEFENDANT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant, AmGUARD Insurance Company, in the above referenced matter and requests the Court take notice of the following:

**I.**

PLEASE TAKE NOTICE that the law firm of Sheehy, Ware, Pappas, & Grubbs, PC has changed its name to Pappas Grubbs Price PC effective April 18, 2024. Please also note the new email addresses below. The remainder of the law firm's contact information is unchanged.

**II.**

PLEASE TAKE NOTICE that attorney Jonathan R. Peirce, is no longer with the law firm Sheehy, Ware, Pappas & Grubbs, PC, now known as Pappas Grubbs Price PC, and hereby withdraws as attorney of record for Defendant, AmGUARD Insurance Company, and pursuant to the Texas Rules of Civil Procedure, hereby requests that the Court substitute George P. Pappas and Dawn A. Moore of the law firm of Pappas Grubbs Price PC, as counsel on Defendant's behalf.

All future and further communications, pleadings, and service with or to Defendant should be directed to:

> George P. Pappas
> State Bar No. 15454800
> gpappas@pappasgrubbs.com
> Dawn A. Moore – Attorney in Charge
> State Bar No. 24040447
> Fed. Adm. No. 558181
> dmoore@pappasgrubbs.com
> PAPPAS GRUBBS PRICE PC
> 909 Fannin, Suite 2500
> Houston, Texas  77010
> 713-951-1000
> 713-951-1199 – Fax

In connection with this request, Defendant represents to the Court that the parties will be prejudiced in no way by the substitution George P. Pappas and Dawn A. Moore of the law firm of Pappas Grubbs Price PC, for Jonathan R. Peirce, that the withdrawal is not sought for delay, that there is good cause for this substitution, and that such withdrawal and substitution has the approval of Defendant AmGUARD Insurance Company.

        Respectfully submitted,

        **PAPPAS GRUBBS PRICE PC**

        */s/ Dawn A. Moore*
        George P. Pappas
        State Bar No. 15454800
        gpappas@pappasgrubbs.com
        Dawn A. Moore – Attorney in Charge
        State Bar No. 24040447
        Fed. Adm. No. 558181
        Dmoore@pappasgrubbs.com
        909 Fannin, Suite 2500
        Houston, Texas  77010
        713-951-1000
        713-951-1199 – Fax

        **ATTORNEYS FOR DEFENDANT**
        **AMGUARD INSURANCE COMPANY**

-3-

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all counsel of record pursuant to the Federal Rules of Civil Procedure on this the 28th day of May, 2024.

      HAIR SHUNNARAH TRIAL ATTORNEYS, L.L.C.
      T. Scott Edwards
      3540 S. I-10 Service Road W, Suite 300
      Metairie, LA 70001
      T: 504-684-5200
      Email: sedwards@hstalaw.com

                              */s/ Dawn A. Moore*
                              Dawn A. Moore